UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
THE SWATCH GROUP MANAGEMENT
SERVICES LTD.,                                                     :

                  Plaintiff,                     :  ELECTRONICALLY FILED

                -against-                        :  No. 11 # CV 1006 (AKH)

BLOOMBERG L.P.,                                                    :

                  Defendant.                     :

                                                                             :
------------------------------------------------------------------ x

## AFFIRMATION OF THOMAS H. GOLDEN IN
## SUPPORT OF DEFENDANTS' MOTION TO DISMISS

THOMAS H. GOLDEN affirms and states:

        1.     I am a member in good standing of the State Bar of New York and a member of the firm of Willkie Farr & Gallagher LLP, counsel to defendant in the above-captioned action. I make this affirmation in support of Defendant's Motion to Dismiss Swatch's Complaint dated February 14, 2011.

        2.     Attached hereto as Exhibit "A" is a true and correct copy of the sound recording of Swatch Group Ltd.'s earnings call with analysts held on February 8, 2011 (the "Analyst Call"), as made available by Bloomberg on the BLOOMBERG PROFESSIONAL® Service.

        3.     Attached hereto as Exhibit "B" is a true and correct copy of the written transcript of the Analyst Call, as made available by Bloomberg on the BLOOMBERG PROFESSIONAL® Service.

6504137.1

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      March 31, 2011

                                                                       Thomas H. Golden