N.Y.S.D. Case #
11-cv-1006(AKH)

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of August, two thousand and twelve,

---

The Swatch Group Management Services Ltd.,

Plaintiff - Counter - Defendant - Appellant - Cross - Appellee,

v.

Bloomberg L.P.,

Defendant - Counter - Claimant - Appelle - Cross - Appellant.

**ORDER**
Docket Number: 12-2412 (Lead)
12-2645 (XAP)

---

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** ______________
**DATE FILED:** August 16, 2012

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/16/2012