USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

THE SWATCH GROUP MANAGEMENT
SERVICES LTD.,

                Plaintiff,

-against-

BLOOMBERG L.P.,

                Defendant.

---------------------------------------------------------------- x

**OPINION DISMISSING COUNTERCLAIMS**

11 Civ. 1006 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff sued Defendant for infringement of a recorded telephone conference call between senior executives of Plaintiff's parent company and invited securities analysts. Defendant, although not invited to participate, obtained a recording of the call and made it available to the paid subscribers of its online business newscasting service. On May 17, 2012, I held that Defendant's publication of the recording was fair use and, on the basis of this defense to infringement, granted Defendant summary judgment.

      Defendants' Counterclaims against Plaintiff allege invalidity, non-infringement, fair use and laches and estoppel. As the May 17, 2012 Order and Opinion held that Defendant's publication of the recording was fair use, these counterclaims are moot and are hereby dismissed.

      SO ORDERED.

Dated:    August __, 2012
           New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge